**Charles R. DUNN, Seabourne R. Livingstone, Daniel P. Abercrombie, R. Amory Thorndike, and Harry M. Nelson, Constituting a Protective Committee Representing 5% First Mortgage 25-year bonds of Detroit, Ypsilanti, Ann Arbor and Jackson Railway, v. Lewis BROOKE and Fred A. Hoover, Constituting a Protective Committee Representing First Mortgage Collateral 6% Notes of Detroit United Railway; Peoples Wayne County Bank; B. C. Schram, Receiver of First National Bank—Detroit; First National Trust & Savings Bank of Port Huron; Board of Trustees of Scottish Rite Bodies of Valley of Detroit; and Union Guardian Trust Company.**

No. 9295.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1943.

Louis H. Fead, William J. Weipert, and Miller, Canfield, Paddock & Stone, all of Detroit, Mich., for appellants.

William B. Cudlip, T. Donald Wade, Bulkley, Ledyard, Dickinson & Wright, Robert S. Marx, Carl Runge, Lawrence I. Levi, Guy W. Moore, and Hal P. Wilson, all of Detroit, Mich., Walsh, Walsh & O'Sullivan, of Port Huron, Mich., and Louis H. Charbonneau and Robert C. Murphy, both of Detroit, Mich., for appellees.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above case having been heard on the record, briefs, and argument of counsel, after due consideration, it is hereby ordered, adjudged, and decreed that the judg-

ment appealed from be, and is hereby, affirmed in accordance with the findings of fact and conclusions of law of the district court.

**Joseph FEIGENBUTZ and Mary Lee Pratte, Appellants, v. UNITED STATES of America.**

No. 12453.

Circuit Court of Appeals, Eighth Circuit.

April 26, 1943.

Robert L. Spelbrink, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, without taxation of costs in favor of either of the parties in this Court, on motion of appellee.

**John W. FISCHER, Bankrupt, et al., Appellants, v. Charles SEIBOLD, Trustee in Bankruptcy, etc., et al.**

No. 12516.

Circuit Court of Appeals, Eighth Circuit.

April 12, 1943.

William A. Seibel, of Jefferson City, Mo., for appellants.

S. W. James, Jr., of Jefferson City, Mo., for appellees.

PER CURIAM.

Petition of appellants for restraining order dismissed and appeal dismissed, on motion of appellants and stipulation of parties.